UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COREY GRAYS, | ) | No. CV 20-5884-SB (AGR) |
|           Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RAYMOND MADDEN, Warden, | ) | |
|           Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is GRANTED.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  August 30, 2021

STANLEY BLUMENFELD, JR
United States District Judge