UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY GRAYS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　Respondent. | NO. CV 20-5884-SB (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: August 30, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STANLEY BLUMENFELD, JR
　　　　　　　　　　　　　　　　　　United States District Judge